**From: The District Court of the 11th Judicial District.
County of Flathead.**

**STATE OF MONTANA,**
  **Plaintiff,**                                    **No.  DC-01-171(B)**
**vs.**                                              **Decision**
**RANDALL C. DENNEY,**
  **Defendant.**

On January 10, 2002, the defendant was sentenced to ten (10) years in the Montana State Prison for the offense of Use or Possession of Property Subject to Criminal Forfeiture, a felony.

On May 2, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Lane Bennett. The state was represented by Tom Esch.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it.  The defendant was further advised that there is no appeal from a decision of the Sentence Review Division.  The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 2nd day of May, 2002.

DATED this 22nd day of May, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.